IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR3008 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| JAIME TORRES, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

    I will deny the "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)" (filing 73) because the defendant does not fit within the categories covered by that statute. I also note that the defendant has previously filed an unsuccessful § 2255 motion (filings 50, 53, 54) and the Court of Appeals denied the defendant's application for a certificate of appealability. (Filings 63 and 64.) In addition, I observe that the Court of Appeals earlier denied the defendant's petition for authorization to file a successive post-conviction motion. (Filings 71 and 72.) Accordingly,

    IT IS ORDERED that the defendant's "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)" (filing 73) is denied.

January 8, 2009.                   BY THE COURT:

                                       *s/Richard G. Kopf*
                                       United States District Judge